OFFICE OF DISCIPLINARY COUNSEL *v.* BALL.

[Cite as *Disciplinary Counsel v. Ball* (1994), 69 Ohio St.3d 1207.]

(No. 93–388—Submitted and decided April 18, 1994.)

For earlier case, see *Disciplinary Counsel v. Ball* (1994), 67 Ohio St.3d 401, 618 N.E.2d 159.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.